# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 4068943 | MANNING | 426 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 09/27/2013 0253 | 36 CFR 4.23(A)(2) |

Place of Offense:
N/B Blw Pkwy s/o RT 32

Offense Description: Factual Basis for Charge — HAZMAT □
DRIVING WHILE INTOXICATED W/A
BAC/BrAC of .08% or more    13-37624

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| SWEELEY | SAMUEL | H |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| YFA839 | MD | 09 | HOND/ACCO | | BLUE |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (h:mm): 730

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____
(Rev. 01/2011)    Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
□ my personal observation      □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.