===========================================================================

# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

UNITED STATES OF AMERICA

       v.                          CRIMINAL NO.: 13-po-10897

SAMUEL H. SWEELEY

To the Clerk of this Court and all parties of record:

     Enter my appearance as counsel in this case for Samuel H. Sweeley.   I certify that I am admitted  to practice in this court.


| 12/17/2013 | /s/ |
|---|---|
| Date | MELISSA M. MOORE |
| | Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, 9th Floor |
| | Baltimore, Maryland  21201 |
| | Phone: 410-962-3962 |
| | Fax: 410-962-0872 |
| | Melissa_Moore@fd.org |